THE SENECA.

NEW YORK & CUBA MAIL S. S. CO. v. DE BUHR.

(Circuit Court of Appeals, Second Circuit. May 25, 1909.)

Nos. 273, 274.

COLLISION (§ 82*)—STEAMSHIP AND BARK MEETING IN FOG—EXCESSIVE SPEED.
    A decree affirmed, holding a steamship solely in fault for a collision at sea, at night, in a dense fog, with a meeting bark, for excessive speed and inattention to the bark's fog signals.
    [Ed. Note.—For other cases, see Collision, Cent. Dig. §§ 170-174; Dec. Dig. § 82.*
    Collision rules—Speed of steamers in fog, see note to The Niagara, 28 C. C. A. 532.]

Appeals from the District Court of the United States for the Southern District of New York.

For opinion below, see 159 Fed. 578.

Wing, Putnam & Burlingham (Harrington Putnam, of counsel), for appellant.

Convers & Kirlin (J. Parker Kirlin, of counsel), for appellee.

Before LACOMBE, COXE, and WARD, Circuit Judges.

PER CURIAM.  Decrees affirmed, with interest and costs.